# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLACK & VEATCH CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASPEN INSURANCE (UK) LTD., ) <br> CATLIN LLOYD'S SYNDICATE 2003, ) <br> LIBERTY MUTUAL INSURANCE EUROPE (UK) LTD, ) <br> FACTORY MUTUAL INSURANCE CO., ) <br> ASSOCIATED ELECTRIC & GAS INSURANCE ) <br>   SERVICES, LTD, and ) <br> INSURANCE SERVICES, INC., ) <br> ) <br> Defendants. ) | Case No. <br> 2:12-cv-02350-SAC-KGS |

## VOLUNTARY DISMISSAL OF ENERGY INSURANCE SERVICES, INC. WITHOUT PREJUDICE

Plaintiff Black & Veatch Corporation ("B&V"), pursuant to Fed. R. Civ. Pro. 41(a)(1), voluntarily dismisses without prejudice its claims against Energy Insurance Services, Inc., ("EIS") with each party to bear its own costs, attorneys' fees, and expenses.  B&V and EIS are planning to have their disputes resolved through arbitration.  Pursuant to Rule 41(a)(1) this dismissal is filed before service of an answer or a motion for summary judgment by EIS and therefore the action may be dismissed without order of the Court.  The claims asserted by B&V against all other defendants are not dismissed and shall remain in this action.

Respectfully submitted,

POLSINELLI SHUGHART PC


By:*/s/ Christopher P. Sobba*
   Roy Bash (MO 25769)
   rbash@polsinelli.com
   Christopher P. Sobba (KS 20708)
   csobba@polsinelli.com
   Twelve Wyandotte Plaza
   120 W. 12th Street, Suite 1600
   Kansas City, MO 64105
   (816) 421-3355; Fax No.: (816) 374-0509

OF COUNSEL:

David T. Dekker
David L. Beck
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, DC 20037-1122
Phone (202) 663-8000
Fax: (202) 663-8007
david.dekker@pillsburylaw.com

## CERTIFICATE OF SERVICE

      This is to certify that I have the 14th day of January 2013, filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following attorneys of record:

    Michael J. Kuckelman
    Kathryn A. Lewis
    Kuckelman Torline Kirkland & Lewis
    10740 Nall Avenue
    Suite 250
    Overland Park, Kansas  66211
    913-948-8611 (fax)
    mkuckelman@ktklattorneys.com
    klewis@ktklattorneys.com

    Robert J. Franco
    Scott O. Reed
    Andrew S. Patton
    Franco & Moroney LLC
    500 West Madison Street, Suite 2440
    Chicago, IL  60661
    312-469-1101 (fax)
    robert.franco@francomoroney.com
    scott.reed@francomoroney.com
    andrew.patton@francomoroney.com

    **ATTORNEYS FOR DEFENDANTS**
    **ASPEN INSURANCE (UK) LTD**
    **CATLIN LLOYD'S SYNDICATE 2003**
    **LIBERTY MUTUAL INSURANCE EUROPE (UK) LTD**

3214271.1

Thomas E. Rice , Jr.
Baker, Sterchi, Cowden & Rice, LLC - KC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
816-472-0288 (fax)
rice@bscr-law.com
**ATTORNEYS FOR DEFENDANT FACTORY MUTUAL INSURANCE CO.**

Charles J. Rocco
Christopher M. Snow
Malcolm J. Reilly
Venice R. Choi
Foran Glennon Palandech Ponzi & Rudloff, PC
120 Broadway, Suite 1130
New York NY  10271
212-257-7199 (fax)
crocco@fgppr.com
csnow@fgppr.com
mreilly@fgppr.com
vchoi@fgppr.com

Tracey A. Jordan
Foran Glennon Palandech Ponzi & Rudloff, PC
222 North LaSalle Street, Suite 1400
Chicago IL  60601
312-863-5099 (fax)
tjordan@fgppr.com

David R. Buchanan
Brown & James, PC - KC
1100 Main Street, Suite 1900
Kansas City MO  64105
816-421-1183 (fax)
dbuchanan@bjpc.com

**ATTORNEYS FOR DEFENDANT**
**ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES, LTD**

*/s/ Christopher P.  Sobba*
Attorney for Plaintiff

3