## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLACK & VEATCH CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. ) 2:12-cv-02350-SAC-KGS |
| ASPEN INSURANCE (UK) LTD., LLOYD'S SYNDICATE 2003, LIBERTY MUTUAL INSURANCE EUROPE (UK) LTD, FACTORY MUTUAL INSURANCE CO., and ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES, LTD, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Black & Veatch Corporation ("Black & Veatch") and Defendant Liberty Mutual Insurance Europe Ltd ("Liberty Mutual"), advise the Court that all claims asserted by Black & Veatch against Liberty Mutual have been settled. Pursuant to Fed. R. Civ. P. 41(a), Black & Veatch and Liberty Mutual stipulate that any and all claims asserted by Black & Veatch against Liberty Mutual in this action are dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Respectfully submitted,

POLSINELLI PC

By /s/ Roy Bash
Roy Bash         (MO 25769) (KSD 70303)
Christopher P. Sobba      (KS 20708)
Catherine R. Bell        (KS 23480)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
rbash@polsinelli.com
csobba@polsinelli.com
cbell@polsinelli.com
Phone: 816-753-1000
Fax: 816-753-1536

49364021.1

David T. Dekker (*pro hac vice*)
David L. Beck (*pro hac vice*)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Phone: 202-663-8000
Fax: 202-663-8007
david.dekker@pillsburylaw.com
david.beck@pillsburylaw.com

**ATTORNEYS FOR PLAINTIFF
BLACK & VEATCH CORPORATION**

KUTAK ROCK LLP

By /s/ *[signature]*

Bradley J. Baumgart        (KS 70316)
Larry D. Fields            (KS 15753)
Two Pershing Square
2300 Main Street, Suite 800
Kansas City, MO  64108
816-960-0090 (Tel)
816-960-0041 (Fax)
bradley.baumgart@kutakrock.com
larry.fields@kutakrock.com

**ATTORNEYS FOR DEFENDANTS
LIBERTY MUTUAL INSURANCE
EUROPE (UK) LTD**

## CERTIFICATE OF SERVICE

This is to certify that I have on the 24th day of December, 2014, filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following attorneys of record:

Michael J. Kuckelman
Kathryn A. Lewis
Kuckelman Torline Kirkland & Lewis
10740 Nall Avenue, Suite 250
Overland Park, Kansas  66211
913-948-8611 (fax)
mkuckelman@ktklattorneys.com
klewis@ktklattorneys.com

Robert J. Franco
Scott O. Reed
Andrew S. Patton
Franco & Moroney LLC
500 West Madison Street, Suite 2440
Chicago, IL  60661
312-469-1101 (fax)
robert.franco@francomoroney.com
scott.reed@francomoroney.com
andrew.patton@francomoroney.com

**ATTORNEYS FOR DEFENDANTS
ASPEN INSURANCE (UK) LTD and
LLOYD'S SYNDICATE 2003**

Thomas E. Rice, Jr.
Baker, Sterchi, Cowden & Rice, LLC - KC
2400 Pershing Road, Suite 500
Kansas City, MO 64108-2533
816-472-0288 (fax)
rice@bscr-law.com

Thomas S. Brown
Richard D. Gable, Jr.
Jonathan K. Barger
Kenneth C. Schirle
Butler Pappas Weihmuller Katz & Craig, LLC
1818 Market Street, Suite 2740
Philadelphia PA  19103
215-405-9190 (fax)
tbrown@butlerpappas.com
rgable@butlerpappas.com
jbarger@butlerpappas.com
cschirle@butlerpappas.com
ccampbell@butlerpappas.com

**ATTORNEYS FOR DEFENDANT
FACTORY MUTUAL INSURANCE CO.**

3

49364021.1

Charles J. Rocco
Christopher M. Snow
Malcolm J. Reilly
Venice R. Choi
Foran Glennon Palandech Ponzi & Rudloff, PC
120 Broadway, Suite 1130
New York NY  10271
212-257-7199 (fax)
crocco@fgppr.com
csnow@fgppr.com
mreilly@fgppr.com
vchoi@fgppr.com

Tracey A. Jordan
Foran Glennon Palandech Ponzi & Rudloff, PC
222 North LaSalle Street, Suite 1400
Chicago IL  60601
312-863-5099 (fax)
tjordan@fgppr.com

David R. Buchanan
Brown & James, PC - KC
1100 Main Street, Suite 1900
Kansas City MO  64105
816-421-1183 (fax)
dbuchanan@bjpc.com

**ATTORNEYS FOR DEFENDANT ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES, LTD**

_____
Attorney for Plaintiff

4

49364021.1