# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLACK & VEATCH CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:12-cv-02350-SAC-KGS |
| | ) |
| ASPEN INSURANCE (UK) LTD., | ) |
| CAITLIN LLOYD'S SYNDICATE 2003, | ) |
| LIBERTY MUTUAL INSURANCE EUROPE | ) |
| (UK) LTD., FACTORY MUTUAL | ) |
| INSURANCE CO., ASSOCIATED ELECTRIC | ) |
| & GAS INSURANCE SERVICES LTD., and | ) |
| ENERGY INSURANCE SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Black & Veatch Corporation ("Black & Veatch") and Defendant Associated Electric & Gas Insurance Services, Ltd. ("AEGIS"), advise the Court that all claims asserted by Black & Veatch against AEGIS have been settled.  Pursuant to Fed. R. Civ. P. 41(a), Black & Veatch and AEGIS stipulate that any and all claims asserted by Black & Veatch against AEGIS in this action are dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

49503529.1

Dated: January 9, 2015     Respectfully Submitted,

    */s/Roy Bash*
Roy Bash  (MO 25769) (KSD 70303)
Chris Sobba   (KS 20708)
Catherine Bell   (KS 23480)
POLISNELLI PC
48th Street 900 W. 48th Place
Suite 900
Kansas City, MO 64112
Phone: (816) 421-3355
Fax: (816) 374-0509
rbash@polsinelli.com
csobba@polsnelli.com
cbell@polsinelli.com


David T. Dekker *(pro hac vice)*
David L. Beck *(pro hac vice)*
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N. Street, N.W.
Washington, DC 20037-1122
Phone (202) 663-8000
Fax: (202) 663-8007
david.dekker@pillsburylaw.com
david.beck@pillsburylaw.com


**ATTORNEYS FOR PLAINTIFF**
**BLACK & VEATCH CORPORATION**

    */s/Tracey A. Jordan*
Charles J. Rocco (pro hac vice)
Christopher M. Snow (pro hac vice)
Malcom J. Reilly (pro hac vice)
Venice R. Choi (pro hac vice)
Foran Glennon Palandech Ponzi & Rudloff, PC
4120 Broadway, Suite 1130
New York, New York 10271
crocco@fgppr.com
csnow@fgppr.com
mreilly@fgppr.com
vchoi@fgppr.com

49503529.1

Tracey A. Jordan (pro hac vice)
Foran Glennon Palandech Ponzi & Rudloff, PC
222 North LaSalle Street, Suite 1400
Chicago IL  60601
312-863-5099 (fax)
tjordan@fgppr.com

David R. Buchanan (KS 13034)
Brown & James, PC - KC
1100 Main Street, Suite 1900
Kansas City MO  64105
816-421-1183 (fax)
dbuchanan@bjpc.com

**ATTORNEYS FOR DEFENDANT
ASSOCIATED ELECTRIC & GAS INSURANCE
SERVICES, LTD.**