**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| BLACK & VEATCH CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | 2:12-cv-02350-SAC-KGS |
| ASPEN INSURANCE (UK) LTD. and | ) | |
| LLOYD'S SYNDICATE 2003, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

This matter comes before the Court pursuant to Fed. R. Civ. P. 41(a) and upon stipulation of settlement between plaintiff Black & Veatch Corporation ("Black & Veatch") and defendant Factory Mutual Insurance Co. ("Factory Mutual"), who state that all claims asserted by Black & Veatch against Factory Mutual have been settled. The Court, having considered this request, is of the opinion that their request for dismissal of Factory Mutual from this case should be GRANTED.

IT IS THEREFORE ORDERED that all claims asserted by Black & Veatch against Factory Mutual in the above captioned case are dismissed, with prejudice, each party to bear its own court costs, attorneys' fees and expenses.

Date:   February 4, 2015          s/Sam A. Crow
                                  U.S. District Senior Judge