# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**BLACK & VEATCH CORPORATION.,**

                **Plaintiff,**

v.                                           **CIVIL CASE: 12-2350-SAC**

**ASPEN INSURANCE (UK) LTD, et al.,**

                **Defendants,**

**( )   JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

**( X )   DECISION BY THE COURT.**   This action came before the Court.   The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to memorandum & order (Doc. 320), plaintiff B&V's motions for partial summary judgment (Doc. 283) and (Doc. 298) are denied, and the defendants' motions for partial summary judgment (Doc. 296) and (Doc. 309) are granted.

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff recover nothing, the action be dismissed, and the defendants, Aspen Insurance (UK) LTD. and Lloyd's Syndicate 2003, recover costs from the plaintiff, Black & Veatch Corporation.

Entered on the docket     11/17/16

**Dated:   November 17, 2016**                    **TIMOTHY M. O'BRIEN, CLERK**

                                                s/M. Barnes
                                      **By: Deputy Clerk**