**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| BLACK & VEATCH CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | 2:12-cv-02350-KHV-ADM |
| ASPEN INSURANCE (UK) LTD. and | ) | |
| LLOYD'S SYNDICATE 2003, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO BAR THE OPINIONS AND TESTIMONY OF BERND G. HEINZE

Plaintiff Black & Veatch Corporation moves to exclude the report of, all references to the report of, and all testimony by Defendants' designated expert Bernd G. Heinze. Many of the issues about which Mr. Heinze expresses opinions have been decided by the judgment of the Tenth Circuit Court of Appeals or by summary judgment rulings by this Court (holding contrary to Mr. Heinze's opinions); and, other opinions expressed by Mr. Heinze are improper opinions in that they provide legal interpretations of the Policy or applicable law. In doing so Mr. Heinze invades the Court's province to interpret and apply the law to the issues presented, and to instruct the jury. Mr. Heinze's opinions will not help the trier of fact understand the evidence or determine a fact in issue.

Plaintiff is filing herewith a Memorandum supporting this Motion, which is incorporated herein by reference. Mr. Heinze's offered opinion testimony and report should be precluded for the reasons stated here and in the Memorandum.

Respectfully submitted,

POLSINELLI PC


By: /s/ Roy Bash
      Roy Bash    (MO 25769) (KSD 70303)
      900 W. 48th Place, Suite 900
      Kansas City, MO 64112
      Phone:  816-753-1000
      Fax:  816-753-1536
      rbash@polsinelli.com

      David T. Dekker (*pro hac vice*)
      David L. Beck (*pro hac vice*)
      PILLSBURY WINTHROP SHAW
      PITTMAN LLP
      1200 Seventeenth Street, NW
      Washington, DC 20036
      Phone:  202-663-8000
      Fax:  202-663-8007
      david.dekker@pillsburylaw.com
      david.beck@pillsburylaw.com

      George A. Hanson    (KS 16805)
      STUEVE SIEGEL HANSON LLP
      460 Nichols Road, Suite 200
      Kansas City, MO 64112
      Phone:  816-714-7115
      Fax:  816-714-7101
      hanson@stuevesiegel.com

      **ATTORNEYS FOR PLAINTIFF**
      **BLACK & VEATCH CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that I have on the 22nd day of July, 2019, filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following attorneys of record:

Michael J. Kuckelman
Michael T. Crabb
KUCKELMAN TORLINE KIRKLAND
10740 Nall Avenue, Suite 250
Overland Park, KS 66211
mkuckelman@ktk-law.com
mcrabb@ktk-law.com

Robert J. Franco (*pro hac vice*)
Andrew C. Patton (*pro hac vice*)
FRANCO MORONEY BUENIK LLC
500 West Madison St., Suite 2440
Chicago, IL 60661
Robert.franco@francomoroney.com
Andrew.patton@francomoroney.com

**ATTORNEYS FOR DEFENDANTS
ASPEN INSURANCE (UK) LTD. and
LLOYD'S SYNDICATE 2003**

/s/ Roy Bash
Attorney for Plaintiff