# CLERK'S COURTROOM MINUTE SHEET – CIVIL

BLACK & VEATCH CORPORATION,
        Plaintiff,

    v.                                                                             Case No:    12-2350-KHV

ASPEN INSURANCE (UK) LTD and
LLOYD'S SYNDICATE 2003,

        Defendants.

**Appearing for Plaintiff(s):**        **Appearing for Defendant(s):**
George Hanson and Roy Bash        Robert Franco, Michael Kuckelman and
                                                Michael Crabb

| **JUDGE:** | Kathryn H. Vratil | **DATE:** | 9/3/2019 |
|---|---|---|---|
| **CLERK:** | Andrea Schreyer | **TAPE/REPORTER:** | Dani Murray |

## MOTION HEARING

Plaintiff appears by corporate representative Stuart Shaw and by counsel. Defendants appear by counsel.

Before the Court are four motions to exclude. Arguments are heard from Mr. Bash and Mr. Franco.

Aspen/Catlin's Motion To Bar The Opinions And Testimony Of Michael R. Benes (Doc. #371) filed on July 1, 2019 is **OVERRULED** for reasons stated on the record.

Aspen/Catlin's Motion To Bar The Opinion Testimony of Gary Krage (Doc. #376) filed on July 1, 2019 is **OVERRULED** for reasons stated on the record.

[Plaintiff's] Motion To Bar The Opinions And Testimony Of Bernd G. Heinze (Doc. #391) filed on July 22, 2019 is **SUSTAINED** for reasons stated on the record.

Black & Veatch Corporation's Partial Motion To Exclude Testimony Of Stephen P. Warhoe (Doc. #394) filed on July 22, 2019 is **TAKEN UNDER ADVISEMENT** until further briefing has been completed. Additional briefing regarding whether Black & Veatch witnesses have made binding admissions is necessary, but deferred until after mediation.

**Status Conference** in this case is set for September 23, 2019 at 9:00 AM.