IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLACK & VEATCH CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:12-cv-02350-KHV-ADM |
| | ) |
| ASPEN INSURANCE (UK) LTD. and | ) |
| LLOYD'S SYNDICATE 2003, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Black & Veatch Corporation ("Black & Veatch") and Defendants Aspen Insurance (UK) LTD. and, Lloyd's Syndicate 2003 ("Insurers"), advise the Court that all claims in this litigation have been fully resolved and settled. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Black & Veatch and the Insurers stipulate that this action shall be dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Respectfully submitted,

By _____
Roy Bash    (MO 25769) (KSD 70303)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Phone: 816-753-1000
Fax: 816-753-1536
rbash@polsinelli.com

George A. Hanson          (KS 16805)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: 816-714-7115
Fax: 816-714-7101
hanson@stuevesiegel.com

**ATTORNEYS FOR PLAINTIFF
BLACK & VEATCH CORPORATION**

70710065.2

By _____
Michael J. Kuckelman
Michael T. Crabb  # 24395
KUCKELMAN TORLINE KIRKLAND
10740 Nall Avenue, Suite 250
Overland Park, KS 66211

Robert J. Franco (*pro hac vice*)
Andrew C. Patton (*pro hac vice*)
FRANCO MORONEY BUENIK LLC
500 West Madison St., Suite 2440
Chicago, IL 60661

**ATTORNEYS FOR DEFENDANTS
ASPEN INSURANCE (UK) LTD. and
LLOYD'S SYNDICATE 2003**

2

70710065.2